William A. Kershaw (State Bar No. 057486)
Eric Ratinoff (State Bar No. 166204)
Stuart C. Talley (State Bar No. 180374)
**KERSHAW, CUTTER & RATINOFF, LLP**
980 9th Street, 19th Floor
Sacramento, California 95814
Telephone: (916) 448-9800
Facsimile: (916) 669-4499

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(OAKLAND DIVISION)

| | |
|---|---|
| ELLA HAYNES, individually and as the Successor in Interest to the Estate of RONALD HAYNES; DARLIS BEALE, an individual; PHILLIP MAXSON, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>KAISER FOUNDATION HOSPITAL, a California corporation, KAISER FOUNDATION HEALTH PLAN, INC., PERMANENTE MEDICAL GROUP, KAISER PERMANENTE MEDICAL CARE PROGRAM, and DOES 1 through 50, inclusive,<br><br>Defendants. | CASE NO. C06-04026-SBA<br><br>**STIPULATION OF DISMISSAL**<br><br><br>Complaint Filed: May 11, 2006<br>Removal Date: June 29, 2006<br>Assigned to: Hon. Saundra Brown Armstrong |

-1-

1  IT IS HEREBY FURTHER STIPULATED, by and between the parties who have appeared in this action through their designated counsel that the above-captioned action be and hereby is voluntarily dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1).  Each party will bear its own costs.

Dated:  September ___, 2006.          KERSHAW, CUTTER & RATINOFF, LLP

                                      By _____
                                         Stuart C. Talley
                                         *Attorney for Plaintiffs*

Dated:  September ___, 2006.          WILKE, FLEURY, HOFFELT, GOULD & BIRNEY, LLP

                                      By _____
                                         Ronald R. Lamb
                                         *Attorney for Defendants*

**IT IS HEREBY ORDERED**, pursuant to the above Stipulation, that the above-captioned matter is dismissed without prejudice.

DATED:  __9/27/06_____

                                      _____
                                      The Honorable Saundra Brown Armstrong
                                      UNITED STATED DISTRICT COURT